UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

SEP 2 4 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V. INDICTMENT NO. 6:26-CR-118-SCM

[redacted]
DWAIN BAILEY

* * * * *

THE GRAND JURY CHARGES:

COUNT 1
21 U.S.C. § 846

Beginning on or about a day in March 2026, the exact date unknown, and continuing through on or about April 10, 2026, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

[redacted]
DWAIN BAILEY

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

COUNT 2
21 U.S.C. § 841(a)(1)

On or about March 25, 2026, in Laurel County, in the Eastern District of Kentucky,

**DWAIN BAILEY**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about March 31, 2026, in Laurel County, in the Eastern District of Kentucky,

[redacted]

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about April 3, 2026, in Laurel County, in the Eastern District of Kentucky,

**DWAIN BAILEY**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about April 7, 2026, in Laurel County, in the Eastern District of Kentucky,

**DWAIN BAILEY**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 6**
**21 U.S.C. § 841(a)(1)**

On or about April 10, 2026, in Madison County, in the Eastern District of Kentucky,

[redacted]

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 7**
**21 U.S.C. § 841(a)(1)**

On or about April 10, 2026, in Laurel County, in the Eastern District of Kentucky,

[redacted]

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 7:**

Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNTS 2-6:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.